Rachel A. Straus (SBN 268836)
rstraus@shb.com
SHOOK, HARDY & BACON, L.L.P.
2121 Avenue of the Stars, Suite 1400
Los Angeles, California 90067
Telephone: (424) 324-3411
Facsimile: (424) 204-9093

J. Simone Jones (admitted *pro hac vice*)
sjones@shb.com
SHOOK, HARDY & BACON, L.L.P.
111 South Wacker Drive, Suite 4700
Chicago, Illinois 60606
Telephone: (312) 704-7700
Facsimile: (312) 558-1195

Attorneys for Defendant
BIG BRAND TIRE & SERVICE

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS MCPHEE, on behalf of himself and all others similarly situated, | Case No. 3:26-cv-2232-RS |
| Plaintiff, | **JOINT STIPULATION TO EXTEND TIME FOR DEFENDANT BIG BRAND TIRE & SERVICE TO RESPOND TO CLASS COMPLAINT PURSUANT TO L.R. 6-1(a)** |
| v. | |
| BIG BRAND TIRE & SERVICE, a Utah Corporation; MS AMERICAN TIRE DEPOT, a California Corporation; and AP AMERICAN TIRE DEPOT, a California Corporation; and DOES 1-100, inclusive, | Current Response Deadline: March 20, 2026 New Response Deadline: May 19, 2026 |
| Defendants. | Complaint Filed: January 30, 2026 Removed: March 13, 2026 |

JOINT STIPULATION TO EXTEND TIME TO RESPOND TO CLASS COMPLAINT
CASE NO. 3:26-cv-2232-RS

**TO THE COURT IN THE ABOVE-ENTITLED ACTION:**

Plaintiff Chris McPhee ("Plaintiff") and Defendant Big Brand Tire & Service ("Big Brand Tire") (collectively "the Parties"), by and through their respective counsel, STIPULATE AND AGREE as follows:

WHEREAS, on January 30, 2026, Plaintiff filed this action against Big Brand Tire, MS American Tire Depot, AP American Tire Depot, and Does 1 Through 100;

WHEREAS, Big Brand Tire was served a copy of the Class Complaint and Summons on or about February 11, 2026;

WHEREAS, on March 13, 2026, Big Brand Tire removed the action to this Court;

WHEREAS, given the removal, Big Brand Tire's current deadline to respond to the Class Complaint is March 20, 2026;

WHEREAS, pursuant to Local Rule 6-1(a), the Parties agree to extend Big Brand Tire's deadline to respond to the Complaint by sixty (60) days, until May 19, 2026;

WHEREAS, the Parties agree that this extension will not alter the date of any event or deadline already fixed by Court order.

Based on the above and for good cause, the Parties hereby stipulate as follows:

1. Big Brand Tire's deadline to respond to the Class Complaint is extended to May 19, 2026.

**IT IS SO STIPULATED.**

Dated: March 20, 2026

Respectfully submitted,

*/s/ J. Simone Jones*

J. Simone Jones (admitted *pro hac vice*)
sjones@shb.com
SHOOK, HARDY & BACON, L.L.P.
111 South Wacker Drive, Suite 4700
Chicago, Illinois 60606

Attorney for Defendant
BIG BRAND TIRE & SERVICE


Dated: March 20, 2026

Respectfully submitted,

*/s/  Naomi Butler*

Naomi Butler
naomib@potterhandy.com
POTTER HANDY LLP
100 Pine St., Ste. 1250
San Francisco CA 94111

Attorney for Plaintiff
CHRIS MCPHEE


## **ATTESTATION**

The undersigned hereby attests that all signatories listed above, and on whose behalf this Stipulation is submitted, concur in and have authorized the filing of this Stipulation.


By: */s/ J. Simone Jones*
       J. Simone Jones

JOINT STIPULATION TO EXTEND TIME TO RESPOND TO CLASS COMPLAINT
CASE NO. 3:26-cv-2232-RS

**PROOF OF SERVICE**

The undersigned declares: I am over the age of 18 years and not a party to the within action. I am employed in the office of a member of the bar of this Court at whose direction this service is made. My business address is 111 South Wacker Drive, Suite 4700, Chicago, Illinois 60606. My email address is dbrehmer@shb.com.

On the date shown below, I served the following documents:

- **Joint Stipulation to Extend Time for Defendant Big Brand Tire & Service to Respond to Class Complaint Pursuant to L.R. 6-1(a)**

on the interested parties named herein and in the manner indicated below:

> Mark D. Potter
> James M. Treglio
> Isabel Rose Masanque
> Naomi Butler
> **POTTER HANDY LLP**
> 100 Pine Street, Suite 1250
> San Francisco, CA 94111
> Telephone:  (415) 534-1944
> ***Counsel for Plaintiffs***

☒ (ELECTRONIC FILING) I provided the document(s) listed above electronically through the CM/ECF system pursuant to the instructions set forth in the Local Rules for the United States District Court for the Northern District of California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed March 20, 2026.

*Deana Brehmer*
_____
Deana Brehmer