**POTTER HANDY LLP**
Mark D. Potter (SBN 166317)
mark@potterhandy.com
James M. Treglio (SBN 228077)
jimt@potterhandy.com
Isabel Rose Masanque (SBN 292676)
isabelm@potterhandy.com
100 Pine St., Ste 1250
San Francisco, CA 94111
(415) 534-1911
Fax: (888) 422-5191

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS MCPHEE, an individual on behalf himself and all persons similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>BIG BRAND TIRE & SERVICE, a Utah Corporation; MS AMERICAN TIRE DEPOT, a California Corporation; AP AMERICAN TIRE DEPOT, a California Corporation, and DOES 1-100,<br><br>Defendants. | CASE NO.: 3:26-cv-2232-RS<br><br>**Plaintiff's Notice of Voluntary Dismissal Without Prejudice of Defendant MS American Tire Depot and Defendant AP American Tire Depot ONLY**<br><br>**Fed. R. Civ. P. 41(a)(1)(A)(i)** |

**PLEASE TAKE NOTICE** that Plaintiff CHRIS MCPHEE hereby voluntarily dismisses Defendant MS AMERICAN TIRE DEPOT and Defendant AP AMERICAN TIRE DEPOT, without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Defendants have neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed without an Order of the Court.

1

PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT MS AMERICAN TIRE DEPOT AND DEFENDANT AP AMERICAN TIRE DEPOT

DATED:   May 5, 2026                          POTTER HANDY LLP

                                    By:

                                        */s/ James M. Treglio*
                                        Isabel Rose Masanque
                                        James Michael Treglio
                                        Attorney for Plaintiff

PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT MS AMERICAN TIRE DEPOT AND
DEFENDANT AP AMERICAN TIRE DEPOT