Rachel A. Straus (SBN 268836)
rstraus@shb.com
SHOOK, HARDY & BACON, L.L.P.
2121 Avenue of the Stars, Suite 1400
Los Angeles, California 90067
Telephone: (424) 324-3411
Facsimile: (424) 204-9093

J. Simone Jones (admitted *pro hac vice*)
sjones@shb.com
SHOOK, HARDY & BACON, L.L.P.
111 South Wacker Drive, Suite 4700
Chicago, Illinois 60606
Telephone: (312) 704-7700
Facsimile: (312) 558-1195

Attorneys for Defendant
BIG BRAND TIRE & SERVICE

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHRIS MCPHEE, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BIG BRAND TIRE & SERVICE, a Utah Corporation; MS AMERICAN TIRE DEPOT, a California Corporation; and AP AMERICAN TIRE DEPOT, a California Corporation; and DOES 1-100, inclusive,<br><br>Defendants. | No. 3:26-cv-2232-RS<br><br>**DEFENDANT BIG BRAND TIRE & SERVICE'S REQUEST FOR JUDICIAL NOTICE**<br><br>[*Filed concurrently with Notice and Motion to Dismiss Plaintiff's Class Complaint; Memorandum of Points and Authorities; Declaration of J. Simone Jones; [Proposed] Order*]<br><br>Hearing Date: July 16, 2026<br>Hearing Time: 1:30 p.m.<br>Judge: Honorable Richard Seeborg<br>Courtroom: Courtroom 12, 19th Floor<br><br>Complaint Removed to Federal Court on March 13, 2026 |

## I.    INTRODUCTION

Pursuant to Federal Rule of Evidence 201, Defendant Big Brand Tire & Service ("Big Brand") respectfully requests the Court take judicial notice of the documents attached as Exhibits A, B, and C to the Declaration of J. Simone Jones, which are as follows:

- **Exhibit A**: A true and correct copy of California Bill Analysis, A.B. 929 Assem. (Apr. 7, 2015)

- **Exhibit B**: A true and correct copy of California Bill Analysis, A.B. 929 Assem. (Apr. 21, 2015).

- **Exhibit C**: A true and correct copy of the court's April 16, 2026 Minute Order in *Heiting v. Wildflower Brands, LLC*, Case No. 25STCV18507 (Cal. Super. Ct. Apr. 16, 2026).

## II.    THE EXHIBITS ARE MATTERS OF PUBLIC RECORD THAT ARE SUBJECT TO JUDICIAL NOTICE.

The Court may take judicial notice of the exhibits because they are matters of public record, including legislative committee reports and a publicly available court opinion. *See, e.g., Rosales-Martinez v. Palmer*, 753 F.3d 890, 894 (9th Cir. 2014) ("It is well established that we may take judicial notice of judicial proceedings in other courts."); *Reyn's Pasta Bella, LLC v. Visa USA, Inc*., 442 F.3d 741, 746 n.6 (9th Cir. 2006) (holding that courts "may take judicial notice of court filings and other matters of public record"); *Hoffman v. Life Ins. Co. of the S.W*., 740 F. Supp. 3d 918, 924 (N.D. Cal. 2024) (granting request for judicial notice and holding "public legislative documents are clearly noticeable").

## III.    CONCLUSION

For these reasons, Big Brand respectfully requests that the Court take judicial notice of the documents attached as Exhibits A, B, and C to the Declaration of J. Simone Jones.

Dated: June 18, 2026

Respectfully submitted,

*/s/    J. Simone Jones*

Rachel A. Straus (SBN 268836)
rstraus@shb.com
SHOOK, HARDY & BACON, L.L.P.
2121 Avenue of the Stars, Suite 1400
Los Angeles, California 90067

J. Simone Jones (*admitted pro hac vice*)
sjones@shb.com
SHOOK, HARDY & BACON, L.L.P.
111 South Wacker Drive, Suite 4700
Chicago, Illinois 60606

Attorneys for Defendant
BIG BRAND TIRE & SERVICE

3

## PROOF OF SERVICE

The undersigned declares: I am over the age of 18 years and not a party to the within action. I am employed in the office of a member of the bar of this Court at whose direction this service is made. My business address is 111 South Wacker Drive, Suite 4700, Chicago, Illinois 60606. My email address is dbrehmer@shb.com.

On the date shown below, I served the following documents:

- **DEFENDANT BIG BRAND TIRE & SERVICE'S REQUEST FOR JUDICIAL NOTICE**

on the interested parties named herein and in the manner indicated below:

> Mark D. Potter
> James M. Treglio
> Isabel Rose Masanque
> Naomi Butler
> **POTTER HANDY LLP**
> 100 Pine Street, Suite 1250
> San Francisco, CA 94111
> Telephone:  (415) 534-1944
> ***Counsel for Plaintiffs***

X    (ELECTRONIC FILING) I provided the document(s) listed above electronically through the CM/ECF system pursuant to the instructions set forth in the Local Rules for the United States District Court for the Northern District of California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed June 18, 2026.

*Deana Brehmer*
Deana Brehmer