UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHRIS MCPHEE, etc., et al.,

Plaintiffs,

v.

BIG BRAND TIRE & SERVICE, et al.,

Defendants.

Case No. 26-cv-02232-RS

**ORDER FOR FURTHER BRIEFING**

The hearing on defendants' motion to dismiss, presently set for October 15, 2026, is vacated. Within 10 days of the date of this order, plaintiffs shall submit a supplemental brief, not to exceed 12 pages, addressing *Fons v. Grocery Outlet, Inc.*, 2026 WL 2876369 (N.D. Cal. Sept. 24, 2026). Plaintiffs shall also address the impact of the enactment of Senate Bill 690 on the claim under CIPA § 638.51. Within 7 days thereafter, defendants may submit a response, also not to exceed 12 pages. The motion will then be submitted for decision without argument, or reset for hearing, in the court's discretion.

**IT IS SO ORDERED**.

Dated: October 13, 2026

RICHARD SEEBORG
United States District Judge